CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (Rev. 1/09)

| 1. CIR/DIST/DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| CR 207-14-1 | Orestes Mirabal | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| Orestes Mirabal | ☒ Felony ☐ Misdemeanor ☐ Appeal ☐ Petty Offense ☐ Other | ☒ Adult Defendant ☐ Juvenile Defendant ☐ Appellant ☐ Appellee ☐ Other | |

11. OFFENSE(S) CHARGED

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

12. ATTORNEY'S STATEMENT

Date: 1/2/08

ATTORNEY'S NAME AND MAILING ADDRESS
James Roberts, Atty. At Law
777 Gloucester St 31520

13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES
Jail visit Orestes Mirabal resentencing

14. TYPE OF SERVICE PROVIDER
☒ 02 Interpreter/Translator

15. COURT ORDER

### CLAIM FOR SERVICES AND EXPENSES

| SERVICES AND EXPENSES | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| 1/2 hrs | 94.00 | | |
| | 50.6 m (R.T) | | |
| a. Compensation | | | |
| b. Travel Expenses | | | |
| c. Other Expenses | | | |
| GRAND TOTALS | | $0.00 | $0.00 |

17. PAYEE'S NAME AND MAILING ADDRESS
Diana Gafford d/b/a
D.G. Consulting, Inc.
201 River Drive, SSI GA 33152  4/30
TIN: 582-599-1618
Telephone Number: 770-639-4850

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM ___ TO ___

18. CERTIFICATION OF ATTORNEY

Signature of Claimant/Payee: Diana Gafford  Date: 1/2/08

### APPROVED FOR PAYMENT — COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| $94.00 | $50.60 | | 144.60 |

| 23. ☐ | Date: 1-3-08 | Judge Code: 3JJZ |
|---|---|---|

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | 144.60 |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate)  Date  Judge Code